Grace Hayden Walker, appellant, v. Marian Niles Hayden et al., defendants. First Galesburg National Bank and Trust Company, appellee. Gen. No. 8,695.

## 634

Opinion filed January 19, 1934.
Bull, Lytton & Olson and Hardy, Hardy & Hardy, for appellant; Follett W. Bull and Norman A. Broholm, of counsel. Woolsey, Stickney & Lucas, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.